

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JUSTIN SEBASTIAN, | § | No. 08-13-00211-CR |
| Appellant | § | |
| | § | Appeal from the |
| v. | § | |
| | | 396th District Court |
| THE STATE OF TEXAS, | § | |
| | | of Tarrant County, Texas |
| Appellee. | § | |
| | | (TC# 1151175D) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 12TH DAY OF FEBRUARY, 2014.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.